COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:             01-14-00972-CR

Style:                    Florencio Leal v. The State of Texas

Date motion filed[*]:      July 13, 2015

Type of motion:          Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:    Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:          April 15, 2015

    Number of extensions granted:    2          Current Due Date:  July 14, 2015

    Date Requested:          August 13, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  August 13, 2015.

        ☑          No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

On June 11, 2015, the Clerk of this Court granted appellant's second extension and warned counsel that no further extensions would be granted.  Because appellant's motion states that more time is needed because the reporter's record is missing critical video exhibits, and that he is seeking access to them, his motion is **granted**, but counsel is warned that **no further extensions will be granted.**  Accordingly, if appellant's brief is not filed by August 13, 2015, the Court will abate this appeal for a hearing.  *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ <u>Laura Carter Higley</u>
        ☒  Acting individually          ☐  Acting for the Court

Date:  July 21, 2015
November 7, 2008 Revision